**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL BRIGHT-ASANTE,

      Plaintiff,       15 **CIVIL** 5876 (ER)

-against-         **JUDGMENT**

SAKS & COMPANY, INC. and THEO CHRIST,
      Defendants.
-------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2020, Defendants' motion for summary judgment is granted; in light of the, the parties requests for oral argument are denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
    March 19, 2020

                  **RUBY J. KRAJICK**
                _____
                  **Clerk of Court**
      **BY:**
               _____
                  **Deputy Clerk**